1766.

## Box & al *verf.* Welch & al.

Box
*v.*
Welch.

Rec. 1767.
Fol. 190.

INDEBITATUS ASSUMPSIT on Account annexed. The Plaintiff's Book and Oath were offered as Evidence to the Jury, to which an Objection was made by Mr. Auchmuty — the Charge ftanding " Dr. J. W. & J. W. Jr.," and not " J. W. & Co."

*Entries in a Plaintiff's Book of Account, charging two Defendants jointly, but not as Copartners, are admiffible, together with his Oath, without previous Evidence of the joint Contract. Hutchinfon, C. J., diffentiente.*

*Mr. Auchmuty.* We never yet have extended the Rule of the Plaintiff's Oath to his Book fo far as this Cafe would carry it. The Oath of the Party is allowed in any Cafe only from Neceffity. You muft bring Proof of the joint Contract and Sale to both the Defendants, and then your Oath and Book will be good Evidence of this Charge. We admit the Plaintiff to his Oath, when the Action is brought againft one, becaufe he may come in and defend himfelf. He can never prove a Negative, viz$^t$, that he did not contract. In the Cafe of known Partnerfhips, poffibly, we may have gone fo far as to admit the Plaintiff to his Oath, becaufe here each ufually contracts for the other, and the Contract of one for both fhall bind both; but at this Rate it will be in the Power of any one to bind who he pleafes.

*Mr. Otis.* 'Tis agreed, if the Charge was againft one, the Plaintiff might be admitted to his Oath: Why not, when it is againft two ? Either of them may defend himfelf as well now, as when charged fingle. Any Evidence that would difcharge in one Cafe, will in the other; and it has ever been the Cuftom,

1766.
Box
*v.*
Welch.

Cuſtom, as I conceive, in ſuch Cafes to admit the Plaintiff to his Oath.

*Ch. Juſtice.* Suppoſe, Mr. Otis, that you and I were charged together, — muſt not ſome Evidence be given of the Contract with both, before the Plaintiff can be admitted to his Oath?

*Mr. Auchmuty.* And if your Honour and Mr. Otis can be bound in this Manner, why not me and twenty more? If this Rule is eſtabliſhed, ſome of your ſharp Folks, who ſtick at Nothing, will never loſe their Debts, — 'tis only clapping in one or two ſubſtantial Men, and your Debt's ſecure. Beſides, if you admit his Oath, we can never prove a Negative.

*Mr. Otis.* Prove a Negative! He may prove Anything in Diſcharge, now, as well as when one is charged, and he pleads, he never promiſed. As to the charging one, two or three, — you may charge three Million, and the Plaintiff's Oath and Book ſhall go in, as Evidence to the Jury, who will judge of that and all Circumſtances. The moſt we have contended for in theſe Cafes, has been, when the Charge was againſt A. B. & Co., we, I believe, may have gone ſo far as to make the Plaintiff ſhow the Company, before we admitted his Oath.* But this is not our Cafe; we don't pretend a Company. The Charge in our Books ſtands againſt J. W. & J. W., Jr. We ſay they jointly bought theſe Goods, and that we delivered the Goods upon their joint Credit; and we offer our Oath and Book to ſupport

* *Quære.*

ſupport our Charge, the only Evidence that ever has been, or can be expected.

*Four Judges againſt the Chief Juſtice,* that the Plaintiff's Oath and Book ſhould go as Evidence to the Jury, who would judge of all the Evidence with all the Circumſtances.

*The Plaintiff was ſworn accordingly.*